HERRMAN, Respondent, v. JEFFE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by James S. Herrman against Jeanette C. Jeffe and another. G. W. Whiteside, of New York City, for appellants. R. T. Greene, of New York City, for respondent. No opinion.

Judgment affirmed, with costs. Order filed. See, also, 154 N. Y. Supp. 1126.